UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
MAURICIO AVILA AND ELVA CALLE,
    08CIV2566

                                  Plaintiffs,

  - against –


55 WATER STREET CONDOMINIUM, 90
CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING-STE AMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW
YORK, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., DEPARTMENT
OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MANUFACTURERS HANOVER TRUST
COMPANY, MERRILL LYNCH& CO, INC.,
NEW WATER STREET CORP., NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNIVERSITY, NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., SABINE
ZERARKA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO, TOSCORP INC.,
TRIBECA LANDING L.L.C., VERIZON NEW

YORK, INC, WESTON SOLUTIONS, INC., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, AND WFP TOWER B. CO.,
L.P., ET AL
                Defendants.
------------------------------------------------------------------------X

**ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       May 23, 2008

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

                BY: _____
                        Heather L. Smar (4622)