UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                              :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
-----------------------------------------------------------------X
                                                              :
MAURICIO AVILA (AND WIFE, ELVA          :    08-CV-002566-AKH
CALLE),                                                 :
                                                              :
                          Plaintiffs,      :    **APPEARANCE**
                                                              :
        - against -                             :    **ELECTRONICALLY FILED**
                                                              :
55 WATER STREET CONDOMINIUM., *et al.*,  :
                                                              :
                          Defendants.      :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                DICKSTEIN SHAPIRO LLP
        June 26, 2008


                          By:      /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.